IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 24-CR-1003 |
| vs. | ) |
| ALEXANDER JOHN CHAPMAN and SHAWN JAVIER LOPEZ-JOHNSON, | ) |
| Defendants. | ) |

**ORDER SEALING INDICTMENT AND WARRANT**

For cause, it is

ORDERED

That the Indictment and Arrest Warrant in this matter are sealed until the arrest of the first defendant.

Dated this 24th day of January, 2024.

MARK A. ROBERTS
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA