# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff(s) | |
| vs. | |
| ALEXANDER JOHN CHAPMAN | |
| Defendant(s) | |

**HEARING MINUTES**   Sealed:  No

| | |
|---|---|
| Case No.: | 2:24-CR-1003-CJW-MAR-1 |
| Presiding Judge: | Mark A. Roberts |
| Deputy Clerk: | Rachel J. Scott |
| Official Court Record: | FTR Gold |
| Contact Information: | -- |

| Date: | 01/30/2024 | Start: | 11:17 AM | Adjourn: | 11:21 AM | Courtroom: | 3, 4th Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | | Time in Chambers: | | -- | Telephonic?  -- |
| Appearances: | Plaintiff(s): | AUSA Daniel C. Tvedt | | | | | | |
| | Defendant(s): | AFPD Heather Quick (Defendant appears personally) | | | | | | |
| | U.S. Probation: | USPO Amy Moser | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone:  -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X | |
|---|---|---|---|---|---|---|

| | | Contested?  No | Continued from a previous date?  No |
|---|---|---|---|

| Date of indictment: | 01/24/2024 |
|---|---|
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | Not guilty to count 1 of the indictment. |

| Counsel: | | Retained | X | Appointed (FPD or CJA Panel): | AFPD Christopher J. Nathan |
|---|---|---|---|---|---|
| Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | No | | |
| Did the government move for detention? | Yes | Was the defendant detained? | Yes | | |

| Detention hearing: | 02/02/2024 1:30 PM MAR |
|---|---|
| Trial date: | 04/01/2024 9:00 AM CJW |

| **Witness/Exhibit List is** | |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Defendant waives formal reading of indictment. |
|---|---|
| | Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by Brady v. Maryland and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |

Case 2:24-cr-01003-CJW-MAR   Document 11   Filed 01/30/24   Page 1 of 1